IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pollard, Frances T

Printed: 11/11/08

Case Number: 07 B 09378
Judge: Squires, John H
Filed: 5/23/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 1, 2008
Confirmed: October 31, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,030.00 |  |
| Secured: |  | 1,238.47 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,500.00 |
| Trustee Fee: |  | 291.53 |
| Other Funds: |  | 0.00 |
| Totals: | 5,030.00 | 5,030.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 3,500.00 | 3,500.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 20,472.40 | 1,238.47 |
| 4. | Midland Credit Management | Unsecured | 95.62 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 235.19 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 111.64 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 3,361.14 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 137.43 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 177.91 | 0.00 |
| 10. | Jefferson Capital | Unsecured | 503.98 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 167.12 | 0.00 |
| 12. | Cavalry Portfolio Services | Unsecured | 5,014.36 | 0.00 |
| 13. | Select Portfolio Servicing | Secured |  | No Claim Filed |
| 14. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 15. | First Premier Bank | Unsecured |  | No Claim Filed |
| 16. | Washington Mutual Bank FA | Unsecured |  | No Claim Filed |
| 17. | Midnight Velvet | Unsecured |  | No Claim Filed |
| 18. | Superior Asset Management | Unsecured |  | No Claim Filed |
| 19. | CCA | Unsecured |  | No Claim Filed |
|  |  |  | $ 33,776.79 | $ 4,738.47 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 173.88 |
| 6.5% | 117.65 |
|  | $ 291.53 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Pollard, Frances T | Case Number:  07 B 09378 |
| | Judge:  Squires, John H |
| Printed: 11/11/08 | Filed:  5/23/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

